IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JENNIFER DERAMUS<br>  Defendant. | Criminal Action No.<br>1:20-cr-00220-SDG-RDC-2 |

**ORDER**

This matter is before the Court for consideration of the Non-Final Report and Recommendation entered by United States Magistrate Judge Regina D. Cannon [ECF 82], which recommends that Defendant Jennifer Deramus's Motion to Dismiss Count Four as Multiplicitous [ECF 71] be DENIED. Defendant did not file objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court **ADOPTS** the Non-Final Report and Recommendation [ECF 82] as the order of this Court.

**SO ORDERED** this the 30th day of April 2021.

_____
Steven D. Grimberg
United States District Court Judge